Christyne M. Martens
Wyoming State Bar No. 7-5044
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602
(307) 261-5434
christyne.martens@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

**UNITED STATES OF AMERICA,**

        Plaintiff,

  v.                                     **Criminal No. 21-CR-77-SWS**

**SALVADOR SALAS, JR.,**

        Defendant.

## PRAECIPE FOR ISSUANCE OF SUBPOENAS

The Clerk will please issue twelve subpoenas in the above-entitled case.

DATED this 20th day of January 2022.

                                        L. ROBERT MURRAY
                                        United States Attorney


                      By:    */s/ Christyne M. Martens*
                             CHRISTYNE M. MARTENS
                             Assistant United States Attorney