FILED



5:54 pm, 12/2/22

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

                Plaintiff,

vs.                                          Case Number: 21-CR-77-SWS

SALVADOR SALAS, JR.

                Defendant.

## CRIMINAL MINUTE SHEET - MOTION HEARING

Int. Telephone:          Interpreter:
Date: Dec 2, 2022      Time: 1:16 - 3:08/3:19 - 5:50 p.m.

| Scott W. Skavdahl | Kim Blonigen | Megan Strawn | Willie Elliott |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |
| | Zac Cantrell | | |
| | U.S. Marshal | U.S. Probation Officer | |

Attorney(s) for Government    Christyne Martens and Seth Griswold

Attorney(s) for Defendant(s)    Mark Hardee

Witness(es) for Government    Sgt. Mitch Hill, Officer Andrea Husted, Jodi Decker, Shannon Daley, Caleb Forness

Witness(es) for Defendant(s)

| Gov/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Dft | 112 | Suppress | Under Advisement |
| Dft | 141 | Second Suppress | Under Advisement |

Other:
Upon motion of the Government, the Court admitted all documents, videos, and reports that have been attached to the motions or the responses thereto as exhibits for purposes of this hearing.

1:19 p.m. - Opening by Government.
1:26 p.m. - Opening by Defense.
1:32 p.m. - Sgt. Mitch Hill called and sworn.
1:32 p.m. - Direct examination of Sgt. Hill by Ms. Martens.

WY15                                                                                         Rev. 12/1/2022

Criminal Motion Minute Sheet
21-CR-77-SWS

1:43 p.m. - Cross-examination of Sgt. Hill by Mr. Hardee.
1:51 p.m. - Redirect of Sgt. Hill by Ms. Martens.
2:00 p.m. - Recross-examination of Sgt. Hill by Mr. Hardee.
2:03 p.m. - Voir dire of Sgt. Hill by the Court.
2:05 p.m. - Officer Andrea Husted called and sworn.
2:05 p.m. - Direct examination of Officer Husted by Mr. Griswold.
2:19 p.m. - Exhibit 4 to Government's Response to Second Motion to Suppress played.
2:30 p.m. - Exhibit 6 to Government's Response to Second Motion to Suppress played.
2:38 p.m. - Exhibit 7 to Government's Response to Second Motion to Suppress played.
2:44 p.m. - Exhibit 8 to Government's Response to Second Motion to Suppress played.
2:45 p.m. - Cross-examination of Officer Husted by Mr. Hardee.
3:01 p.m. - Redirect examination of Officer Husted by Mr. Griswold.
3:07 p.m. - Voir dire of Officer Husted by the Court.
3:08 p.m. - Court in recess.
3:19 p.m. - Court in session.
3:19 p.m. - Jodi Decker called and sworn.
3:20 p.m. - Direct examination of Ms. Decker by Mr. Griswold.
3:25 p.m. - Foundation laid for Exhibits 1 and 2 (which were previously admitted without objection).
3:33 p.m. - Exhibit 8 to Government's Response to Second Motion to Suppress played.
3:40 p.m. - Exhibit 9 to Government's Response to Second Motion to Suppress played.
3:45 p.m. - Exhibit 13 introduced and admitted (recorded interview of Marti Parmenter submitted to Court by Government in ECF No. 146 for in camera review).
3:46 p.m. - Shannon Daley called and sworn.
3:46 p.m. - Direct examination of Ms. Daley by Ms. Martens.
4:09 p.m. - Cross-examination of Ms. Daley by Mr. Hardee.
4:25 p.m. - Redirect examination of Ms. Daley by Ms. Martens.
4:32 p.m. - Voir dire of Ms. Daley by the Court.
4:35 p.m. - Caleb Forness called and sworn.
4:36 p.m. - Direct examination of Mr. Forness by Ms. Martens.
4:44 p.m. - Exhibit 5 to Government's Response to Second Motion to Suppress displayed.
4:51 p.m. - Cross-examination of Mr. Forness by Mr. Hardee.
4:56 p.m. - Voir dire of Mr. Forness by the Court.
4:57 p.m. - Follow-up of Mr. Forness by Ms. Martens.
4:59 p.m. - Government rests.
4:59 p.m. - Evidence is closed.
4:59 p.m. - Closing argument by the Government.
5:22 p.m. - Closing argument by the Defense.
5:39 p.m. - Rebuttal by the Government.

The Court gave the parties until December 7, 2022, to supplement the record or any citations to cases they believe are controlling or applicable given the Court's questions, or other matters the Court raised, including citations to the video.