

**FILED**

**Margaret Botkins**
**Clerk of Court**

6:10 pm, 1/23/23

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
Scott W Skavdahl, United States District Judge
Case No. 1:21-CR-77-SWS

| | |
|---|---|
| Kim Blonigen, Deputy Clerk<br>Megan Strawn, Court Reporter<br>William Elliott, Law Clerk | January 23, 2023<br>Casper, WY |

UNITED STATES OF AMERICA,       Stephanie Sprecher, USA
     Christyne Martens, USA
     Janee Woodson, Paralegal
     Keri Patrick, CPD Detective

Plaintiff,

vs.

SALVADOR SALAS, JR.,       Mark Hardee, CJA Counsel
     Christina Sell, Paralegal

Defendant.

| Jury Trial |
|---|
| Day I |

8:31 a.m.       Court is in session outside the presence of prospective jurors.

             The Court addressed preliminary matters.

             The Court advised the parties that there are 52 potential jurors and discussed jury selection and voir dire.

8:49 a.m.       Court in recess.

| | |
|---|---|
| 9:25 a.m. | Court is in session in the presence of 52 prospective jurors. The prospective jurors were introduced to the Court staff. The Court noted that one juror failed to appear without reason.  The Court shall issue an Order to Show Cause.  Qualification oath given to prospective jurors.  The jurors were advised of the requirements of a federal juror and elements of the case. Jurors then Qualified as to the case. Voir Dire of potential jurors by the Court. |
| 10:37 a.m. | Ms. Martens identified herself, the parties at the table for the Government and witnesses. |
| 10:40 a.m. | Continued Voir Dire of potential jurors by the Court. |
| 10:56 a.m. | Court is in recess. |
| 11:07 a.m. | Court is in session in the presence of prospective jurors; same participants in attendance. |
| 11:08 a.m. | Continued Voir Dire of potential jurors by the Court. |
| 11:27 a.m. | <u>Voir Dire of prospective jurors by Ms. Martens, Assistant United States Attorney.</u>  Ms. Martens passed the jury panel for cause. |
| 11:45 a.m. | <u>Voir Dire of prospective jurors by Mr. Hardee, Attorney for Defendant.</u> Mr. Hardee passed the jury panel for cause. |
| 12:06 p.m. | <u>Peremptory Challenges</u>. |
| 12:39 pm | 12 Jurors and 2 alternates called forward to the jury box.  Counsel agrees this is the chosen Panel.  All jurors remaining in the gallery thanked for their service and excused. Jury panel of 12 and 2 alternates sworn as to the case. Preliminary Instructions read and published to the Jury.  The Court discussed the tentative trial schedule with the Jury and parties. Jurors given recess instruction and released for lunch, advised to return at 2:30 p.m. |
| 12:59 p.m. | Jury members exited the courtroom. |
| 1:00 p.m. | Court in recess. |
| 2:34 p.m. | Court in session outside the presence of the jury. |
| 2:36 p.m. | Jury members returned to the Courtroom. |

| | |
|---|---|
| 2:38 p.m. | <u>Opening Statement</u> by USA, Christyne Martens. |
| 3:56 p.m. | <u>Opening Statement</u> by Attorney Mark Hardee for Defendant. |
| 3:01 p.m. | Shannon Daley called and sworn. |
| 3:02 p.m. | Direct examination of Shannon Daley by Ms. Martens. |
| 3:08 p.m. | Sequestration rule invoked by the Court at the request of the parties as to all witnesses until they have testified. |
| | Continued direct examination of Shannon Daley by Ms. Martens. Exhibits 128, 129, 111, 112, 113, 114, 115, 116, 117, 118, 119 identified and admitted. |
| 3:46 p.m. | Jury members exited the courtroom. |
| 3:47 p.m. | Court in recess. |
| 3:57 p.m. | Court in session. |
| 3:57 p.m. | Jury members returned to the Courtroom. |
| 3:58 p.m. | Cross-examination of Shannon Daley by Mr. Hardee. |
| 4:11 p.m. | Redirect of Shannon Daley by Ms. Martens. Exhibits 132 and 133 identified and admitted. |
| 4:16 p.m. | Chelsea Gonzalez called and sworn. |
| 4:16 p.m. | Direct examination of Chelsea Gonzalez by Ms. Martens. Exhibits 100, 101, 102, 103, 104, 105, 106, 120, 123, 124 identified and admitted. |
| 5:06 p.m. | Jury members exited the courtroom. |
| 5:06 p.m. | (Courtroom technology issues addressed) |
| 5:12p.m. | Jury members returned to the Courtroom. |
| 5:14 p.m. | Continued direct examination of Chelsea Gonzalez by Ms. Martens. Exhibits 107, 108, 109, 110, 111 identified and admitted. |

5:51 p.m.      Members of the jury given the recess instruction and excused.

5:52 p.m.      Court in recess.  Jury to return at 8:30 a.m.

Daily witnesses:

Shannon Daley
Chelsea Gonzalez