

**FILED**

**5:18 pm, 1/24/23**

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
Scott W Skavdahl, United States District Judge
Case No. 1:21-CR-77-SWS

Kim Blonigen, Deputy Clerk
Megan Strawn, Court Reporter
William Elliott, Law Clerk

January 24, 2023
Casper, WY

UNITED STATES OF AMERICA,

Stephanie Sprecher, USA
Christyne Martens, USA
Janee Woodson, Paralegal
Keri Patrick, CPD Detective

Plaintiff,

vs.

SALVADOR SALAS, JR.,

Mark Hardee, CJA Counsel
Christina Sell, Paralegal

Defendant.

| Jury Trial |
| Day II |

8:37 a.m.    Court in session.

8:38 a.m.    Jury members returned to the Courtroom.

8:39 a.m.    Chelsea Gonzalez called and resworn.

8:39 a.m.    Cross-examination of Chelsea Gonzalez by Mr. Hardee.
Exhibits 120, 111 displayed.

9:27 a.m.    Redirect of Chelsea Gonzalez by Ms. Martens.
Exhibit 120 displayed.

9:41 a.m.        Dr. Ryan Benson called and sworn.

9:42 a.m.        Direct examination of Dr. Benson by Ms. Martens.
                 Exhibits 107, 108, 109, 110 displayed.

9:53 a.m.        Cross-examination of Dr. Benson by Mr. Hardee.

10:05 a.m.       Redirect of Dr. Benson by Ms. Martens.

10:06 a.m.       Jury members exited the courtroom.

10:07 a.m.       Court in recess.

10:23 a.m.       Court in session.

10:23 a.m.       Jury members returned to the Courtroom.

10:24 a.m.       Officer Andrea Husted called and sworn.

10:25 a.m.       Direct examination of Officer Husted by Ms. Martens.
                 Exhibits 300-336, 411, 412 identified and admitted.

11:07 a.m.       Cross-examination of Officer Husted by Mr. Hardee.
                 Exhibit 411 displayed.

11:19 a.m.       Redirect of Officer Husted by Ms. Martens.

11:21 a.m.       Officer Michael Paschke called and sworn.

11:21 a.m.       Direct examination of Officer Paschke by Ms. Martens.
                 Exhibits 329, 330 displayed. Exhibits 130, 131 identified and admitted.

11:32 a.m.       Cross-examination of Officer Paschke by Mr. Hardee.

11:35 a.m.       Officer Davis Romero called and sworn.

11:35 a.m.       Direct examination of Officer Romero by Ms. Martens.
                 Exhibit 332 displayed.

11:42 a.m.       Cross-examination of Officer Romero by Mr. Hardee.

11:46 a.m.       Officer Kellan Stenhaug called and sworn.

| | |
|---|---|
| 11:46 a.m. | Direct examination of Officer Stenhaug by Ms. Martens. Exhibits 332 displayed. Exhibit 400 identified and admitted. |
| 11:53 a.m. | Cross-examination of Officer Stenhaug by Mr. Hardee. |
| 11:54 a.m. | Officer Tiffany Elhart called and sworn. |
| 11:55 a.m. | Direct examination of Tiffany Elhart by Ms. Martens. Exhibits 125, 126 identified and admitted. |
| 12:07 p.m. | Jurors given recess instruction and released for lunch, advised to return at 1:15 p.m. |
| 12:08 p.m. | Jury members exited the courtroom. |
| 12:08 p.m. | Court in recess. |
| 1:29 p.m. | Court in session. |
| 1:29 p.m. | Jury members returned to the Courtroom. |
| 1:31 p.m. | Officer Christopher Henry called and sworn. |
| 1:32 p.m. | Direct examination of Officer Henry by Ms. Martens. Exhibits 125, 126 displayed. |
| 1:37 p.m. | Cross-examination of Officer Henry by Mr. Hardee. Exhibit 125 displayed. |
| 1:41 p.m. | Redirect of Officer Henry by Ms. Martens. Exhibit 125 displayed. |
| 1:43 p.m. | Lieutenant Michael Ogden called and sworn. |
| 1:43 p.m. | Direct examination of Lieutenant Ogden by Ms. Martens. Exhibits 303, 306 displayed. Exhibit 414 identified and admitted. |
| 1:53 p.m. | Cross-examination of Lieutenant Michael Ogden by Mr. Hardee. |
| 1:57 p.m. | Jacci Warne called and sworn. |
| 1:58 p.m. | Direct examination of Jacci Warne by Ms. Martens. Exhibits 411, 412, 400, 130, 132, 128 displayed. |

2:29 p.m.        Cross-examination of Jacci Warne by Mr. Hardee.

2:41 p.m.        Alexandria Dobson called and sworn.

2:41 p.m.        Direct examination of Alexandria Dobson by Ms. Martens.

2:53 p.m.        Cross-examination of Alexandria Dobson by Mr. Hardee.

2:54 p.m.        Jury members exited the courtroom.

2:56 p.m.        Court in recess.

3:13 p.m.        Court in session.

3:13 p.m.        Jury members returned to the Courtroom.

3:15 p.m.        Special Agent Ryan Hieb called and sworn.

3:15 p.m.        Direct examination of Agent Hieb by Ms. Martens.
                 Exhibit 127 identified and admitted.

3:54 p.m.        Cross-examination of Agent Hieb by Mr. Hardee.

4:17 p.m.        Voir dire of Agent Hieb by Court.

4:19 p.m.        Redirect of Agent Hieb by Ms. Martens.

4:21 p.m.        Lettie Seamount called and sworn.

4:21 p.m.        Direct examination of Lettie Seamount by Ms. Martens.

4:36 p.m.        Cross-examination of Lettie Seamount by Mr. Hardee.

4:42 p.m.        Members of the jury given the recess instruction and excused.

4:42 p.m.        Court in session out the presence of the jury; Court advised parties of
                 proposed schedule.

4:44 p.m.        Court in recess.  Jury to return at 8:45 a.m.

Daily witnesses:

Chelsea Gonzalez
Dr. Ryan Benson
Officer Andrea Husted
Officer Michael Paschke
Officer Davis Romero
Officer Kellan Stenhaug
Officer Tiffany Elhart
Officer Christopher Henry
Lieutenant Michael Ogden
Jacci Warne
Alexandria Dobson
Special Agent Ryan Hieb
Lettie Seamount