

**FILED**

**Margaret Botkins**
**Clerk of Court**

7:34 pm, 1/25/23

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
Scott W Skavdahl, United States District Judge
Case No. 1:21-CR-77-SWS

| | |
|---|---|
| Kim Blonigen, Deputy Clerk<br>Megan Strawn, Court Reporter<br>William Elliott, Law Clerk | January 25, 2023<br>Casper, WY |
| UNITED STATES OF AMERICA, | Stephanie Sprecher, USA<br>Christyne Martens, USA<br>Janee Woodson, Paralegal<br>Keri Patrick, CPD Detective |
| Plaintiff, | |
| vs. | |
| SALVADOR SALAS, JR., | Mark Hardee, CJA Counsel<br>Christina Sell, Paralegal |
| Defendant. | |

|  |
|---|
| Jury Trial<br>Day III |

| | |
|---|---|
| 8:50 a.m. | Court in session. |
| 8:50 a.m. | Jury members returned to the Courtroom. |
| 8:51 a.m. | Karri Reliford called and sworn. |
| 8:52 a.m. | Direct examination of Karri Reliford by Ms. Martens. |
| 9:00 a.m. | Cross-examination of Karri Reliford by Mr. Hardee. |
| 9:03 a.m. | Yvette Romo called and sworn. |

| | |
|---|---|
| 9:03 a.m. | Direct examination of Yvette Romo by Ms. Martens. Exhibit 203 identified and admitted. |
| 9:13 a.m. | Cross-examination of Yvette Romo by Mr. Hardee. |
| 9:17 a.m. | Trinity Johnson called and sworn. |
| 9:18 a.m. | Direct examination of Trinity Johnson by Ms. Martens. Exhibit 202 identified and admitted. |
| 9:28 a.m. | Christina Buettner called and sworn. |
| 9:28 a.m. | Direct examination of Christina Buettner by Ms. Martens. Exhibit 125, 128, 132, 111, 113, 114, 116, 117 displayed. |
| 9:58 a.m. | Cross-examination of Christina Buettner by Mr. Hardee. |
| 10:19 a.m. | Voir dire of Christina Buettner by the Court. |
| 10:20 a.m. | Redirect of Christina Buettner by Ms. Martens. Exhibit 111 displayed. |
| 10:28 a.m. | Amber Gurley called and sworn. |
| 10:28 a.m. | Direct examination of Amber Gurley by Ms. Martens. Exhibit 130 displayed. |
| 10:42 a.m. | Jury members exited the courtroom. |
| 10:42 a.m. | Court in session outside the presence of the jury; Court addressed the parties regarding the Government's final witness and the display of evidence. |
| 11:04 a.m. | Court in recess. |
| 11:17 a.m. | Court in session. |
| 11:17 a.m. | Jury members returned to the Courtroom. |
| 11:18 a.m. | Caleb Forness called and sworn. |
| 11:19 a.m. | Direct examination of Caleb Forness by Ms. Martens. |

|           | Exhibits 401-410, 500-576, 413, 415, 500A, 600A.1-600A.42, 600B1-600B.14, 600C.1-600C.88, 600A.43-600A.45, 601, 602, 602.1, 603, 604, 605.1-605.118 identified and admitted. |
|-----------|---|
| 1:21 p.m. | Jury members exited the courtroom. |
| 1:23 p.m. | Court in recess. |
| 1:32 p.m. | Court in session. |
| 1:32 p.m. | Jury members returned to the Courtroom. |
| 1:33 p.m. | Continued direct examination of Caleb Forness by Ms. Martens. |
| 1:40 p.m. | Cross-examination of Caleb Forness by Mr. Hardee. |
| 1:51 p.m. | Government rests. |
| 1:52 p.m. | Jurors given recess instruction and released for lunch, advised to return at 4:00 p.m. |
| 3:09 p.m. | Court in session. |
| 3:09 p.m. | Jury instruction conference held. |
| 3:26 p.m. | Mr. Hardee makes a motion for judgment of acquittal. The Court ruled on the motion. |
| 3:31 p.m. | The Court advised the defendant of his right to testify. |
| 3:35 p.m. | Mr. Hardee makes a record of continued objections to certain orders and rulings for purposes of appeal. |
| 3:44 p.m. | Court in recess. |
| 4:04 p.m. | Court in session. |
| 4:05 p.m. | Jury members returned to the Courtroom. |
| 4:06 p.m. | Evidence closed. |
| 4:07 p.m. | Jury instructions read to jury. |

| | |
|---|---|
| 4:43 p.m. | <u>Closing Argument of United States</u> by Ms. Martens. |
| 4:59 p.m. | <u>Closing Argument of Defendant</u> by Mr. Hardee. |
| 5:07 p.m. | <u>Rebuttal of Government</u> by Ms. Martens. |
| 5:13 p.m. | Juror numbers 30 and 31 thanked for their service and excused. |
| 5:14 p.m. | Bailiff called forward and sworn. |
| 5:17 p.m. | Jurors retired to the jury room to begin deliberations.  (Courtroom Deputy collected cellular phones, showed Jurors the JERS system and left Jurors to their deliberations). |
| 5:18 p.m. | Court in recess. |
| 5:20 p.m. | Court in session. |
| 5:20 p.m. | The Court directed that a meal be ordered for the jury. |
| 5:20 p.m. | Court is in recess to await a verdict from the jury. |
| 7:15 p.m. | Court is in session.  Jury members returned to the courtroom. |
| 7:18 p.m. | The verdict was received and read by the Court. The Court gave the jury final instruction. |
| 7:21 p.m. | Jury members excused and exited the courtroom. |
| 7:22 p.m. | Court is adjourned. |

Daily witnesses:

Karri Reliford
Yvette Romo
Trinity Johnson
Christina Buettner
Amber Gurleys
Caleb Forness