United States District Court
Western District
Exhibits Log: 21-CR-77-SWS-1
USA v. Salvador Salas, Jr, 1/23/2023



| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Court-1 | Final Jury Instructions | Yes | 1/25/2023 4:44 PM | 1/25/2023 4:44 PM |
| Court-2 | Verdict Form | Yes | 1/25/2023 4:45 PM | 1/25/2023 4:45 PM |
| Gov-100 | Picture 1 from Chelseas FB Messenger of SV | Yes | 1/23/2023 4:22 PM | 1/23/2023 4:22 PM |
| Gov-101 | Picture 2 from Chelseas FB Messenger of SV | Yes | 1/23/2023 4:22 PM | 1/23/2023 4:22 PM |
| Gov-102 | Picture 3 from Chelseas FB Messenger of SV | Yes | 1/23/2023 4:22 PM | 1/23/2023 4:22 PM |
| Gov-103 | Picture 4 from Chelseas FB Messenger of SV | Yes | 1/23/2023 4:22 PM | 1/23/2023 4:22 PM |
| Gov-104 | Video 1 taken at ER | Yes | 1/23/2023 5:03 PM | 1/23/2023 5:03 PM |
| Gov-105 | Video 2 taken at ER | Yes | 1/23/2023 5:03 PM | 1/23/2023 5:03 PM |
| Gov-106 | Video 3 taken at ER | Yes | 1/23/2023 5:03 PM | 1/23/2023 5:03 PM |
| Gov-107 | Photo 1 of mouth burns | Yes | 1/23/2023 5:33 PM | 1/23/2023 5:33 PM |
| Gov-108 | Photo 2 of mouth burns | Yes | 1/23/2023 5:33 PM | 1/23/2023 5:33 PM |
| Gov-109 | Photo 3 of mouth burns | Yes | 1/23/2023 5:33 PM | 1/23/2023 5:33 PM |
| Gov-110 | Photo 4 of mouth burns | Yes | 1/23/2023 5:33 PM | 1/23/2023 5:33 PM |
| Gov-111 | Photo of SV clothing_black Kensie Underwear Front | Yes | 1/23/2023 3:38 PM | 1/23/2023 3:38 PM |
| Gov-112 | Photo of SV clothing_black Kensie Underwear Back | Yes | 1/23/2023 3:38 PM | 1/23/2023 3:38 PM |
| Gov-113 | Photo of SV clothing_black Kensie Underwear Inside | Yes | 1/23/2023 3:38 PM | 1/23/2023 3:38 PM |
| Gov-114 | Photo of SV clothing_black Lace Underwear Front | Yes | 1/23/2023 3:38 PM | 1/23/2023 3:38 PM |
| Gov-115 | Photo of SV clothing_black Lace Underwear Back | Yes | 1/23/2023 3:38 PM | 1/23/2023 3:38 PM |
| Gov-116 | Photo of SV clothing_black Lace Underwear Inside | Yes | 1/23/2023 3:38 PM | 1/23/2023 3:38 PM |
| Gov-117 | Photo of SV clothing_red Underwear Front | Yes | 1/23/2023 3:38 PM | 1/23/2023 3:38 PM |
| Gov-118 | Photo of SV clothing_red Underwear Back | Yes | 1/23/2023 3:38 PM | 1/23/2023 3:38 PM |
| Gov-119 | Photo of SV clothing_red Underwear Inside | Yes | 1/23/2023 3:38 PM | 1/23/2023 3:38 PM |
| Gov-120 | Full Set FB Messenger Messages | Yes | 1/23/2023 4:21 PM | 1/23/2023 4:21 PM |
| Gov-123 | Video taken at ER | Yes | 1/23/2023 5:03 PM | 1/23/2023 5:03 PM |
| Gov-124 | Video taken at ER | Yes | 1/23/2023 5:03 PM | 1/23/2023 5:03 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-125 | Photo of DNA Swab Packaging_front | Yes | 1/24/2023 12:00 PM | 1/24/2023 12:00 PM |
| Gov-126 | Photo of DNA Swab Packaging_back | Yes | 1/24/2023 12:00 PM | 1/24/2023 12:00 PM |
| Gov-127 | Video Clips of Salas | Yes | 1/24/2023 3:39 PM | 1/24/2023 3:39 PM |
| Gov-128 | Photo of DNA Swab Packaging_Front_Victim | Yes | 1/23/2023 3:28 PM | 1/23/2023 3:28 PM |
| Gov-129 | Photo of DNA Swab Packaging_Back_Victim | Yes | 1/23/2023 3:28 PM | 1/23/2023 3:28 PM |
| Gov-130 | Photo of Meth Packaging_Front | Yes | 1/24/2023 11:28 AM | 1/24/2023 11:28 AM |
| Gov-131 | Photo of Meth Packaging_Back | Yes | 1/24/2023 11:28 AM | 1/24/2023 11:28 AM |
| Gov-132 | Photo of Underwear Packaging_Front | Yes | 1/23/2023 4:12 PM | 1/23/2023 4:12 PM |
| Gov-133 | Photo of Underwear Packaging_Back | Yes | 1/23/2023 4:12 PM | 1/23/2023 4:12 PM |
| Gov-202 | WBI LabCorp Results for STD for SV | Yes | 1/25/2023 9:27 AM | 1/25/2023 9:27 AM |
| Gov-203 | Urgent Care of Casper LabCorp Results for STD for Salas | Yes | 1/25/2023 9:13 AM | 1/25/2023 9:13 AM |
| Gov-300 | Photo Salas Residence Outside | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-301 | Photo Entryway of Residence | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-302 | Photo Enclosed Porch | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-303 | Photo Salas on Couch in Living Room | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-304 | Photo 2 Salas on Couch in Living Room | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-305 | Photo Kitchen Area | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-306 | Photo Computer Room | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-307 | Photo 2 Computer Room | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-308 | Photo Entry into Bedroom | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-309 | Photo Bedroom Closet Door | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-310 | Photo Bedroom Showing Wall Hangings | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-311 | Photo Bedroom Showing Bed and Wall Hangings | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-312 | Photo Bedroom Showing Curtain | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-313 | Photo Bedroom Showing TV and Neon String Light | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-314 | Photo Bedroom Shwoing Neon String Light | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-315 | Photo Bedroom Closet | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-316 | Photo Bedroom Big Ben Painting | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-317 | Photo Bedroom Closte | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-318 | Photo Bedroom Desk Area | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-319 | Photo Bedroom Salas Passport | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-320 | Photo Methamphetamine in Plastic Bag | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-321 | Photo Kitchen Methamphetamine in White Container Cabinet | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-322 | Photo Kitchen Methamphetamine Inside White Container | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-323 | Photo Kitchen Methamphetamine in White and Blue Package | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-324 | Photo Kitchen Closeup of Methamphetamine in Package | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-325 | Photo Methamphetamine in Plastic Bag By Speakers | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-326 | Photo Bedroom Mattress Showing Small Safe | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-327 | Photo Closeup of Opened Safe | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-328 | Photo Salas ID Card and MasterCard | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-329 | Photo Bottle from Bag Containing Methamphetamine | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-330 | Photo Closeup of Methamphetamine | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-331 | Photo Desk Area | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-332 | Photo Closet Showing Sony Laptop | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-333 | Photo Closeup of Sony Laptop | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-334 | Photo Salas Business Card Front | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-335 | Photo Salas Business Card | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-336 | Photo Salas Additional Business Card | Yes | 1/24/2023 10:42 AM | 1/24/2023 10:42 AM |
| Gov-400 | Photo Sony Laptop | Yes | 1/24/2023 11:50 AM | 1/24/2023 11:50 AM |
| Gov-401 | Photo Back of Sony Laptop | Yes | 1/25/2023 11:42 AM | 1/25/2023 11:42 AM |
| Gov-402 | Photo Closeup of Back of Sony Laptop Showing Model Number | Yes | 1/25/2023 11:42 AM | 1/25/2023 11:42 AM |
| Gov-403 | Photo Closeup of Back of Sony Laptop Showing Serial Number | Yes | 1/25/2023 11:42 AM | 1/25/2023 11:42 AM |
| Gov-404 | Photo Hitachi Hard Drive | Yes | 1/25/2023 11:42 AM | 1/25/2023 11:42 AM |
| Gov-405 | Photo Hitachi Hard Drive Shwoing Model Number | Yes | 1/25/2023 11:42 AM | 1/25/2023 11:42 AM |
| Gov-406 | Photo Picture of Salas Taken from Sony Laptop Hitachi Hard Drive | Yes | 1/25/2023 11:42 AM | 1/25/2023 11:42 AM |
| Gov-407 | Photo Picture 2 of Salas Taken from Sony Laptop Hitachi Hard Drive | Yes | 1/25/2023 11:42 AM | 1/25/2023 11:42 AM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-408 | Photo Picture 3 of Salas Taken from Sony Laptop Hitachi Hard Drive | Yes | 1/25/2023 11:42 AM | 1/25/2023 11:42 AM |
| Gov-409 | Photo Picture 4 of Salas Taken from Sony Laptop Hitachi Hard Drive | Yes | 1/25/2023 11:42 AM | 1/25/2023 11:42 AM |
| Gov-410 | Photo Picture 5 of Salas Taken from Sony Laptop Hitachi Hard Drive | Yes | 1/25/2023 11:42 AM | 1/25/2023 11:42 AM |
| Gov-411 | Photo iPhone | Yes | 1/24/2023 10:58 AM | 1/24/2023 10:58 AM |
| Gov-412 | Photo Back of iPhone | Yes | 1/24/2023 10:58 AM | 1/24/2023 10:58 AM |
| Gov-413 | Photo Closeup of Back of iPhone | Yes | 1/25/2023 11:57 AM | 1/25/2023 11:57 AM |
| Gov-414 | Photo of Seagate Hard Drive | Yes | 1/24/2023 1:51 PM | 1/24/2023 1:51 PM |
| Gov-415 | Photo of Seagate Hard Drive | Yes | 1/25/2023 12:31 PM | 1/25/2023 12:31 PM |
| Gov-500 | Powerpoint | Yes | 1/25/2023 12:46 PM | 1/25/2023 12:46 PM |
| Gov-500-A | Powerpoint Comparison | Yes | 1/25/2023 1:04 PM | 1/25/2023 1:12 PM |
| Gov-501 | Sony Laptop User Identification Information Last Logon Date 5-20-2011 | Yes | 1/25/2023 11:41 AM | 1/25/2023 11:41 AM |
| Gov-502 | Sony Laptop User Identification Information Preview Photo fo Salas and Personal Information | Yes | 1/25/2023 11:41 AM | 1/25/2023 11:41 AM |
| Gov-503 | Sony Laptop User Identification Backup File Creation Date of 4-9-2011 | Yes | 1/25/2023 11:41 AM | 1/25/2023 11:41 AM |
| Gov-504 | Sony Laptop User Identification Site Name and Details | Yes | 1/25/2023 11:41 AM | 1/25/2023 11:41 AM |
| Gov-505 | Sony Laptop User Identification Emal Sent from ssalas220@peoplepc.com | Yes | 1/25/2023 11:41 AM | 1/25/2023 11:41 AM |
| Gov-506 | Sony Laptop Firefox Form History | Yes | 1/25/2023 11:41 AM | 1/25/2023 11:41 AM |
| Gov-507 | Sony Laptop Firefox Form History 2 | Yes | 1/25/2023 11:41 AM | 1/25/2023 11:41 AM |
| Gov-508 | Sony Laptop Firefox Form History 3 | Yes | 1/25/2023 11:41 AM | 1/25/2023 11:41 AM |
| Gov-509 | Sony Laptop Carved Internet History | Yes | 1/25/2023 11:41 AM | 1/25/2023 11:41 AM |
| Gov-510 | sony Laptop Video Files of Interest | Yes | 1/25/2023 11:41 AM | 1/25/2023 11:41 AM |
| Gov-511 | Sony Laptop Recycle Bin | Yes | 1/25/2023 11:41 AM | 1/25/2023 11:41 AM |
| Gov-512 | iPhone 7 Plus User Identification Device Owner Inforamtion | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-513 | iPhone 7 Plus User Identification Account Added Date | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-514 | iPhone 7 Pluse Apple Notes 10-23-2019 | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-515 | iPhone 7 Plus Apple Notes 11-20-2018 | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-516 | iPhone 7 Plus Apple Notes 10-20-2020 | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-517 | iPhone 7 Plus Apple Notes 10-25-2019 | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-518 | iPhone 7 Plus User Identification Salvadors iMac Created Date 1-12-21 | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-519 | iPhone 7 Plus User Identification Artifact Information 11-13-2020 | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-520 | iPhone 7 Plus User Identification Avatar Sal Salas | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-521 | iPhone 7 Plus Apple Internet Keychain | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-522 | iPhone 7 Plus Apple Internet Keychain 2 | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-523 | iPhone 7 Plus Apple Internet Keychain 3 | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-524 | iPhone 7 Plus Apple Internet Keychain 4 | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-525 | iPhone 7 Plus User Identification Emails Sent | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-526 | iPhone 7 Plus User Identification Google Logins | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-527 | iPhone 7 Plus Apple Internet Keychain 5 | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-528 | iPhone 7 Plus Apple Internet Keychain 6 | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-529 | iPhone 7 Plus Apple Internet Keychain 7 | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-530 | iPhone 7 Plus Apple Internet Keychain 8 | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-531 | iPhone 7 Plus Uber Account Used 2-28-2021 | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-532 | iPhone 7 Plus Uber Account GPS Location Map | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-533 | iPhone 7 Plus Uber Cached Location | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-534 | iPhone 7 Plus Uber Cached Location GPS Location Map | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-535 | iPhone 7 Plus Lyft Account | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-536 | iPhone 7 Plus Lyft Account Artifact Info Date 2-28-2021 | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-537 | iPhone 7 Plus Lyft Account GPS Location Map | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-538 | Screenshot Video of Interest No 1 Photo Showing Salas Face | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-539 | Screenshot Video of Interest No 1 Photo Showing Salas Tattoos on Arm | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-540 | Screenshot Video of Interest No 1 Photo Showing Painting on Wall | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-541 | Screenshot Video of Interest No 1 Photo Showing Salas Tattoos | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-542 | Video of Interest No 2 Created 1-10-2021 | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-543 | Map Regarding Video of Interest No 2 GPS Information | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-546 | Screenshot Video of Interest No 2 Showing Curtains | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-547 | Screenshot Video of Interest No 2 Showing Painting on the Wall | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-548 | Screenshot Video of Interest Showing Salas Face | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-549 | Screenshot Video of Interest Showing Salas Face 2 | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-550 | iPhone 7 Plus Download Photo of Salas | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-551 | iPhone 7 Plus Download Photo of Salas 2 | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-552 | Sanitized CP Photo from iPhone | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-553 | Sanitized CP Photo from iPhone | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-554 | Sanitized CP Photo from iPhone | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-555 | Sanitized CP Photo from iPhone | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-556 | Sanitized CP Photo from iPhone | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-557 | Sanitized File Information from iPhone | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-558 | Sanitized File Information from iPhone | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-559 | Location Map of United States | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-560 | GPS Map | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-561 | Google Map for 8300 Tubbs Rd | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-562 | Sanitized CP Photo from iPhone | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-563 | Sanitized CP Photo from iPhone | Yes | 1/25/2023 12:01 PM | 1/25/2023 12:01 PM |
| Gov-564 | Item 715 Seagate Hard Drive Apple MacBook| | Yes | 1/25/2023 12:31 PM | 1/25/2023 12:31 PM |
| Gov-565 | Item 715 Seagate Hard Drive Apple MacBook | Yes | 1/25/2023 12:31 PM | 1/25/2023 12:31 PM |
| Gov-566 | Item 715 Apple MacBook Backup | Yes | 1/25/2023 12:31 PM | 1/25/2023 12:31 PM |
| Gov-567 | Item 715 Apple MacBook Backup | Yes | 1/25/2023 12:31 PM | 1/25/2023 12:31 PM |
| Gov-568 | item 715 Apple MacBook Backup | Yes | 1/25/2023 12:31 PM | 1/25/2023 12:31 PM |
| Gov-569 | Item 715 Apple MacBook Artifact Information | Yes | 1/25/2023 12:31 PM | 1/25/2023 12:31 PM |
| Gov-570 | Item 715 Apple iMac Backup | Yes | 1/25/2023 12:31 PM | 1/25/2023 12:31 PM |
| Gov-571 | Item 715 Apple iMac Backup | Yes | 1/25/2023 12:31 PM | 1/25/2023 12:31 PM |
| Gov-572 | Item 715 Apple iMac Backup | Yes | 1/25/2023 12:31 PM | 1/25/2023 12:31 PM |
| Gov-573 | item 715 Apple iMac Backup | Yes | 1/25/2023 12:31 PM | 1/25/2023 12:31 PM |
| Gov-574 | item 715 Apple iMac Backup | Yes | 1/25/2023 12:31 PM | 1/25/2023 12:31 PM |
| Gov-575 | Item 715 Apple iMac Safari Browser | Yes | 1/25/2023 12:31 PM | 1/25/2023 12:31 PM |
| Gov-576 | Item 715 Apple iMac File Path | Yes | 1/25/2023 12:31 PM | 1/25/2023 12:31 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-600 | PLACEHOLDER Photos of Child Pornography | Yes | 1/25/2023 1:12 PM | 1/25/2023 1:12 PM |
| Gov-601 | PLACEHOLDER Video Child Pornography | Yes | 1/25/2023 1:12 PM | 1/25/2023 1:12 PM |
| Gov-602 | PLACEHOLDER Video Child Pornography | Yes | 1/25/2023 1:12 PM | 1/25/2023 1:12 PM |
| Gov-603 | PLACEHOLDER Video Child Pornography | Yes | 1/25/2023 1:12 PM | 1/25/2023 1:12 PM |
| Gov-604 | PLACEHOLDER Video Child Pornography | Yes | 1/25/2023 1:12 PM | 1/25/2023 1:12 PM |
| Gov-605 | PLACEHOLDER Photos of Child Pornography | Yes | 1/25/2023 1:12 PM | 1/25/2023 1:12 PM |

*[Signature]*
1-25-2023

*[Signature] Christyn Martin*
1/25/2023