# TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

## PART I - To be completed by appellant within fourteen days of filing the notice of appeal.

Short Title: United States v. Salas  
District Court Number: 21-CR-77-S  
District: Wyoming  
Circuit Court Number: 23-8027  
Name of Attorney/Pro Se Party: Christyne M. Martens  
Email Address: christyne.martens@usdoj.gov  
Name of Law Firm/Office: U.S. Attorney's Office  
Telephone: 307-261-5434  
Address: P.O. Box 22211, Casper, WY 82602  
Attorney for: Appellee, United States of America  
Name of Court Reporter: Megan E. Strawn  
Name of Court Reporter (if ordering from more than one): ____

## PART II - Complete SECTION A (if not ordering a transcript) or SECTION B (if ordering transcript(s)).

### SECTION A - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE
- ☐ A transcript is not necessary for this appeal;
- ☐ The necessary transcript is already on file in District Court; or
- ☐ The necessary transcript was ordered previously in appeal number ____

### SECTION B - I HEREBY ORDER THE FOLLOWING TRANSCRIPT(S):
(Specify the date and proceeding in the space below)

Voir dire: ____  
Opening Statements: ____  
Trial proceedings: ____  
Closing Arguments: ____  
Jury Instructions: ____  
Other Proceedings: March 18, 2022 Motion Hearing  
Post-Trial Hearings: ____  
Other Proceedings: ____  

(Attach additional pages if necessary)

☐ I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript ordered on this form.

☐ This case is proceeding under the Criminal Justice Act.
IF THIS APPEAL IS PROCEEDING UNDER THE CJA PLEASE NOTE YOU MUST ALSO TAKE ALL STEPS REQUIRED IN EVOUCHER IN ORDER TO COMPLETE PAYMENT ARRANGEMENTS.

NOTE: Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. See 28 U.S.C. §753(f).

### CERTIFICATE OF COMPLIANCE

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made wi[th]

Signature of Attorney/Ordering Party: *Christyne Martens*   Date: 6/12/2023

## PART III - To be completed by th[e court reporter after financ]ial arrangements have been made.

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: 6/12/23  
Estimated completion date: 6/12/23  
Estimated number of pages: 9  

I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: *Megan Strawn*   Date: 6/12/23

A-8  Transcript Order Form 3/2017